IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMOND BROWN,** | : | CIVIL ACTION NO. 3:19-CV-693 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN DOUGLAS K. WHITE,** | : | |
| | : | |
| Respondent | : | |

## **MEMORANDUM**

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking the restoration of good conduct time credits to hasten his release from confinement. (Doc. 1). After the petition was filed, petitioner's good conduct time credits were apparently recalculated, and petitioner was released from confinement on January 15, 2020. (See Doc. 10). Respondent has since filed a suggestion of mootness based on petitioner's release. (Id.) Because petitioner is no longer in custody, it appeared to the court that his habeas petition should be dismissed as moot because it no longer presents a case or controversy for which this court could provide relief. See, e.g., Scott v. Holt, 297 F. App'x 154, 155 (3d Cir. 2000) (affirming dismissal of § 2241 petition challenging good conduct time credits as moot after petitioner was released from custody).

On July 24, 2020, the court issued an order to show cause why the petition should not be dismissed as moot, because petitioner had obtained the relief he was seeking. (Doc. 11). Petitioner has failed to show cause or otherwise respond to that

order, and the time for doing so has since passed.  As such, the court will dismiss the petition as moot.

A separate order follows.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

Dated:       August 12, 2020