IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMOND BROWN,** | : | CIVIL ACTION NO. 3:19-CV-693 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN DOUGLAS K. WHITE,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 12th day of August, 2020, upon consideration of the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, the court's order to show cause issued on July 24, 2020 (Doc. 11), and petitioner's failure to respond thereto, and for the reasons set forth in the memorandum (Doc. 12) of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania